UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RAFFAELE GALANTE, an individual also known as RAFFAELE GALANTE, JR., as RAFFAELE GALANTE, III, RALPH PETER GALANTE, RALPH PETER GALANTE, JR., and RALPH PETER GALANTE, III, doing business in California as LA SOURCE CONSTRUCTION, as LA SOURCE, INC., as LA SOURCE COMPANY, LLC., as LEADERS CONSTRUCTION, as LEADERS SOLAR, and as LEADERS SOLAR, LLC.; LA SOURCE COMPANY, LLC., a Nevada limited liability company; LEADERS SOLAR, LLC., a Nevada limited liability company;<br><br>Defendants. | CASE NO. 2:18-cv-00659 JFW (GJSx)<br><br>**DEFAULT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AGAINST DEFENDANTS, RAFFAELE GALANTE, LA SOURCE COMPANY, LLC., AND LEADERS SOLAR, LLC., AND ORDER TO ADD ADDITIONAL SPELLING OF DEFENDANT'S NAME**<br><br>**[Hon. John F. Walter]** |

1

339654.1

The Defendants RAFFAELE GALANTE, an individual also known as RAFFAELE GALANTE, JR., as RAFFAELE GALANTE, III, RALPH PETER GALANTE, RALPH PETER GALANTE, JR., and RALPH PETER GALANTE, III, doing business in California as LA SOURCE CONSTRUCTION, as LA SOURCE, INC., as LA SOURCE COMPANY, LLC., as LEADERS CONSTRUCTION, as LEADERS SOLAR, and as LEADERS SOLAR, LLC. ("GALANTE"); LA SOURCE COMPANY, LLC., a Nevada limited liability company ("LA SOURCE LLC") LEADERS SOLAR, LLC., a Nevada limited liability company ("LEADERS") having been regularly served with process and having failed to appear and answer the Plaintiff's Second Amended Complaint, the Defaults of GALANTE, LA SOURCE LLC., and LEADERS have been entered.

GALANTE, LA SOURCE LLC., and LEADERS are not infants or incompetent persons, and the Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to each of them.

The issues of the amount of damages and whether or not there is sufficient evidence to support the issuance of an Order for Permanent Injunctive Relief for the submission of monthly contribution reports to the TRUST FUNDS were submitted to the Court by motion supported by Declarations.

Based upon the Motion for Default Judgment and for an Order for Permanent Injunctive Relief, the Declarations submitted and all other records and documents on file;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

**Judgment is entered** in favor of Plaintiff, **CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC**, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust

2

339654.1

For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, And Southern California Partnership For Jobs Industry Advancement Fund (hereinafter collectively "TRUST FUNDS"), **and against Defendants,** RAFFAELE GALANTE, an individual also known as RAFAEL GALANTE, RAFFAELE GALANTE, JR., as RAFFAELE GALANTE, III, RALPH PETER GALANTE, RALPH PETER GALANTE, JR., and RALPH PETER GALANTE, III, doing business in California as LA SOURCE CONSTRUCTION, as LA SOURCE, INC., as LA SOURCE COMPANY, LLC., as LEADERS CONSTRUCTION, as LEADERS SOLAR, and as LEADERS SOLAR, LLC.; LA SOURCE COMPANY, LLC., a Nevada limited liability company; LEADERS SOLAR, LLC., a Nevada limited liability company for the Principal sum of $249,575.58; Interest in the sum of $14,378.41; Attorney's fees of $11,583.02; and Court costs in the sum of $580.54 for the period of November 1, 2016 through August 30, 2017.

**IT IS FURTHER ORDERED** that the Judgment against GALANTE as stated above includes the spelling of GALANTE'S name as RAFAEL GALANTE.

**IT IS FURTHER ADJUDGED AND DECREED**, that a Permanent Injunction is issued against, GALANTE, LA SOURCE, LLC., and LEADERS and their managing employees, managing officers, managing members, successors, agents, assigns and all others acting in active concert or participation with them who have actual notice of this Injunction for the duration of their obligations under the collective bargaining agreements with the Southern California District Council of Laborers and Its affiliated Local Unions ("AGREEMENTS") and they are required to:

Deliver the following, or cause to be delivered, to the TRUST FUNDS' offices no later than 4:30 p.m., on the 20th day of each month for the duration of EMPLOYER'S obligations under the Agreements Monthly Contribution Reports as follows:

339654.1

1. A complete, truthful and accurate "Employers Monthly Report to Trustees" covering all employees which EMPLOYER employed who were covered by the AGREEMENTS commencing with EMPLOYER'S September 2017 contribution report;

2. An affidavit or declaration from EMPLOYER, and/or its responsible managing officer, and/or other authorized representative attesting from his/her's own personal knowledge under pain of perjury to the completeness, truthfulness and accuracy of the Employers Monthly Report to the Trustees; and

3. A cashier's check made payable to the Construction Laborers Trust Funds for Southern California, for the full amount of the fringe benefit contributions due on Employers Monthly Reports for each account for which a report is to be submitted.

DATED: August 8, 2018

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

339654.1